UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

QUINTIN M.,

                              Plaintiff,

v.                                                       8:20-cv-01442
                                                            (ML)
COMMISSIONER OF SOCIAL SECURITY
ADMINISTRATION,

                              Defendant.
_____

APPEARANCES:                                               OF COUNSEL:

Conboy, McKay Law Firm                        LAWRENCE D. HASSELER, ESQ.
  Counsel for the Plaintiff
307 State Street
Carthage, New York 13619

SOCIAL SECURITY ADMINISTRATION       MOLLY E. CARTER, ESQ.
  Counsel for the Defendant                         Special Assistant United States
J.F.K. Federal Building                                Attorney
15 New Sudbury Street
Boston, Massachusetts 02203


MIROSLAV LOVRIC, United States Magistrate Judge

## CONSENT ORDER TO REMAND PURSUANT TO SENTENCE 4 OF 42 U.S.C. § 405(g)

     This matter having been opened to the Court by ANTOINETTE T. BACON, Acting United States Attorney for the Northern District of New York, and Molly E. Carter, Special Assistant United States Attorney, attorneys for Defendant, for an Order remanding the within cause of action to the Defendant pursuant to Sentence 4 of 42 U.S.C. § 405(g) so that further administrative action, including a hearing before an Administrative Law Judge and the issuance of a new decision, may be taken; and Plaintiff, through counsel Lawrence D. Hasseler, having

consented to the within order and the requested remand (Dkt. No. 11), and the Court having considered the matter,

IT IS on this 13th day of July, 2021,

**ORDERED** that the final decision of the Commissioner be and hereby is REVERSED, and the matter is REMANDED to the Defendant for this further administrative action; and it is further

**ORDERED** that the within matter, be and hereby is, DISMISSED in accord with the decision in *Melkonyan v. Sullivan*, 501 U.S. 89 (1991); and it is further

**ORDERED** that nothing within this consent order shall be deemed to bar Plaintiff from seeking attorney's fees under the Equal Access to Justice Act (EAJA), 42 U.S.C. § 2412.

Dated: July 13, 2021
Binghamton, New York

_____
Miroslav Lovric
U.S. Magistrate Judge